UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kisha Hawkins,<br>obo her minor child, D.C.,<br><br>  Plaintiff,<br><br>  v.<br><br>District of Columbia,<br><br>  Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-00278 (JDB)<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT'S ANSWER TO COMPLAINT**

Defendant, by counsel, hereby answers Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendant admits the allegations in paragraph 1.

2. Defendant admits the allegations in paragraph 2.

3. Defendant admits the allegations in paragraph 3.

4. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 4 at this time.

5. Defendant admits the allegations in paragraph 5.

6. The allegations in paragraph 6 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

7. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 7 at this time.

8. The allegations in paragraph 8 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

9. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 9 at this time.

10. The allegations in paragraph 10 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

11. The allegations in paragraph 11 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

12. The allegations in paragraph 12 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

13. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 13 at this time.

14. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 14 at this time.

15. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 15 at this time.

16. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 16 at this time.

17. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 17 at this time.

18. The allegations in paragraph 18 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

19. The allegations in paragraph 19 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

20. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 20 at this time.

21. The allegations in paragraph 21 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

22. The allegations in paragraph 22 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

23. The allegations in paragraph 23 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

24. Defendant admits the allegations in paragraph 24.

25. The allegations in paragraph 25 are the pleader's conclusions, to which no response is required. If a response is required, then the same are denied.

26. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 26 at this time.

27. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 27 at this time.

28. The allegations in paragraph 28 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

29. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 29 at this time.

30. Defendant denies the allegations in paragraph 30.

31. The allegations in paragraph 31 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

32. The allegations in paragraph 32 are the pleader's characterizations of the record which speaks for itself, to which no response is required. If a response is required, then the same are denied.

## COUNT I

33. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 32 above.

34. The allegations in paragraph 34 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

35. The allegations in paragraph 35 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

36. The allegations in paragraph 36 are the pleader's conclusions, to which no response is required. If a response is required, then the same are denied.

## COUNT II

37. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 36 above.

38. The allegations in paragraph 38 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

39. The allegations in paragraph 39 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

40. The allegations in paragraph 40 are the pleader's conclusions, to which no response is required. If a response is required, then the same are denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust her administrative remedies.

## THIRD AFFIRMATIVE DEFENSE

This Court is without jurisdiction because the claims herein may properly be presented only in Blackman v. District of Columbia, Civ. No. 97-1629 (D.D.C.)

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General
    for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


***/s/ Edward P. Taptich***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II


***/s/ Amy Caspari***
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov

March 14, 2007