UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KISHA HAWKINS,<br>on behalf of her minor child, D.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 07-0278 (JDB) |

## ORDER

Defendant has now answered plaintiff's complaint brought under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1487. The Court has reviewed the complaint and the answer in this case. Defendant raises grounds for dismissal but has not yet filed a dispositive motion. Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than March 30, 2007, a proposed briefing schedule for the filing of motions that raise jurisdictional or other threshold issues. In the event the parties cannot agree, separate proposals shall be filed by that date.

    **SO ORDERED**.

                                      /s/ John D. Bates
                                      JOHN D. BATES
                                United States District Judge

Dated: March 15, 2007