UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kisha Hawkins, obo her minor child, D.C., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0278 (JDB) |
| District of Columbia, | : |
| Defendant. | : |

## REPORT OF DEFENDANT UNDER LOCAL RULE 16.3

This is a case brought under the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1400 *et. seq.*("IDEIA").  Plaintiff is appealing a hearing officer's decision denying all of her claims.

On March 15, 2007, this Court ordered the parties to file a proposed briefing schedule under LCvR 16.3, and if the parties could not agree to a schedule, it was ordered that they file separate statements.  Although the parties have agreed to the proposed dates below, due to scheduling conflicts, the parties did not have an opportunity to work on a final draft together.  Thus, the Defendant hereby submits its proposed briefing schedule.

**Defendant's Proposed Schedule**

Defendant states as follows:

1. The Defendant expects the case to be resolved by dispositive motion.

2. The Defendant has discussed the issues in the case with the Plaintiff, and it does not expect to narrow the issues any further.

1

3. The Defendant does not wish the case to be referred to a magistrate judge at this time.

4. The Defendant does not believe that settlement is possible at this time.

5. The Defendant does not think that this case would benefit from ADR.

6. The Defendant has agreed to the following schedule of deadlines proposed by the Plaintiff:

    - April 30, 2007 - Defendant's filing of administrative record;
    - May 31, 2007 - Plaintiff's Motion for Summary Judgment due;
    - June 20, 2007 - Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment due;
    - July 6, 2007 - Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition due;
    - July 20, 2007 - Defendant's Reply to Plaintiff's Opposition due.

7. The Defendant stipulates to dispense with the requirements of Rule 26(a)(1).

8. The Defendant does not currently believe that discovery or experts will be necessary. However, some Discovery may be required.

9. The Defendant does not recommend bifurcation.

10. The Defendant proposes that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


***/s/ Edward P. Taptich***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II


***/s/ Amy Caspari***
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov

March 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kisha Hawkins,<br>obo her minor child, D.C.,<br><br>Plaintiff,<br><br>v.<br><br>District of Columbia,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 07-0278 (JDB)<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

This matter, having come before the Court for an initial scheduling conference, this Court issues the following scheduling order: It is hereby

ORDERED that the Parties shall comply with the following directives:

1) The Defendant shall file the administrative record and the transcript of the administrative hearing on or before April 30, 2007.

2) May 31, 2007- Plaintiff's Motion for Summary Judgment due;

3) June 20, 2007- Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment due;

4) July 6, 2007- Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition due;

5) July 20, 2007- Defendant's Reply to Plaintiff's Opposition due.

It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

4

SO ORDERED.

_____
United States District Judge

Case 1:07-cv-00278-JDB   Document 6   Filed 03/30/2007   Page 5 of 5