UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kisha Hawkins,<br>obo her minor child, D.C.,<br><br>Plaintiff,<br><br>v.<br><br>District of Columbia,<br><br>Defendant. | Civil Action No. 07-00278 (JDB) |

## **ERRATA**

Inadvertently, the Defendant's Administrative record filing contained the wrong caption. The record itself is correct. However, the caption should read as above. Thus, Defendant respectfully submits the proper cover page for the administrative record herein.

Respectfully Submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

<table>
<tr><td></td><td>*/s/ Amy Caspari*<br>Amy Caspari [#488968]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-7794</td></tr>
<tr><td>April 30, 2007</td><td>amy.caspari@dc.gov</td></tr>
</table>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kisha Hawkins,<br>obo her minor child, D.C.,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>District of Columbia,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-00278 (JDB)<br>:<br>:<br>:<br>:<br>: |

## FILING OF ADMINISTRATIVE RECORD

Attached is an index of the administrative record and the record documents themselves in this proceeding. Consistent with LCvR 5.4(f), Defendant has redacted personal information about the minor D.C.[1]

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　　　　　Attorney General
　　　　　　　　　　　　　　　　　　　　for the District of Columbia

　　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　***/s/ Edward P. Taptich***
　　　　　　　　　　　　　　　　　　　EDWARD P. TAPTICH [#012914]
　　　　　　　　　　　　　　　　　　　Chief, Equity Section II

---

[1] Defendant has redacted the minor's name, date of birth, and Social Security Number.

|  |  |
|---|---|
| | */s/ Amy Caspari* |
| | Amy Caspari [#488968] |
| | Assistant Attorney General |
| | 441 Fourth Street, N.W. |
| | Sixth Floor South |
| | Washington, D.C. 20001 |
| | (202) 724-7794 |
| April 30, 2007 | amy.caspari@dc.gov |