UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kisha Hawkins,<br>on behalf of her minor child, D.C.,<br><br>Plaintiff,<br><br>v.<br><br>District of Columbia,<br><br>Defendant. | Civil Action No. 07-0278 (JDB) |

## DEFENDANT'S OPPOSITION TO
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Defendant, by counsel, opposes herewith the Plaintiff's Motion for Summary Judgment filed herein on May 31, 2007 ("Motion"). Pursuant to LCvR 56.1, a statement of material facts in dispute is appended hereto.

## ARGUMENT

Simultaneous herewith, the Defendant is filing its cross-motion for summary judgment herein. For the most part, the content of that motion addresses the issues raised in the Plaintiffs' Motion. To that extent, and to avoid unnecessary duplication, the arguments in the Defendants' cross-motion will not be repeated here, but are incorporated herein by reference. There are, however, certain specific matters raised in the Motion that are addressed below.

I. **<u>Plaintiff's assertions of error are without merit.</u>**

    A. **<u>Plaintiff's "failure of findings" argument is without consequence</u>**.

In her motion, Plaintiff argues that two asserted failings in the decision warrant relief here: (1) a failure to specifically address whether the July 6, 2006 hearing officer's decision ("HOD") required DCPS to contact Plaintiff's counsel to schedule a meeting on or before August 4, 2006 (said not to have occurred) (Motion p. 6); and (2) a failure to "find, more broadly, that DCPS had. . . violated the July 2006 HOD." Motion p. 7.

Nowhere does Plaintiff explain the significance of those asserted "failings," or offer any legal reasons why such failings would negate the propriety of the HOD conclusions reached. In <u>Green v. District of Columbia</u>, the hearing officer failed to address one of the Plaintiff's allegations but the order was not automatically vacated. Instead, the court engaged in the aforementioned review, noting that the Plaintiff had the burden of persuading the court, based on a preponderance of the evidence, that the hearing officer was wrong. 2006 U.S. Dist. Lexis 25288, * 21.

A purely technical argument addressed to the wording of the decision does not show that the result ultimately reached was incorrect or unsupported. "When no additional evidence is introduced in a civil suit seeking review of an H.O.D., a motion for summary judgment operates as a motion for judgment based on the evidence comprising the record." <u>Green</u> at 23, citing <u>District of Columbia v. Ramirez</u>, 377 F. Supp. 2d, 63, 67 (D.D.C. 2005) (citing 20 U.S.C. § 1415(i)(2)(B)). In <u>Hymes v. District of Columbia</u>, in his report and recommendation adopted on March 15, 2005, Magistrate Judge Facciola ordered that the parties comply with the hearing officer's proposed remedy even though it did not specifically answer the question. 2005 WL 613570 * 3-4 (D.D.C. 2005).

To the extent the Plaintiff here challenges DCPS' compliance with other, earlier HODs, the propriety of those decisions—not timely appealed by the Plaintiff—is not at issue in this case. If the ultimate concern is DCPS' asserted noncompliance with other, prior HODs, the Blackman PI procedures have been established to address such claims. See Blackman v. District of Columbia, Civ. No. 97-1629 (D.D.C.)[1]

### B. **Plaintiff's claim that independent evaluations are warranted is without merit**.

In four sentences, the Plaintiff claims that independent evaluations are an appropriate remedy because DCPS should have, but didn't, conduct such evaluations, and "has shown an unwillingness to meet to determine D.C.'s suspected disabilities, and thereby to determine what evaluations are warranted." Motion p. 7. Those claims are both inaccurate and disingenuous.

When D.C. enrolled at the Headstart Center for Mental Health, a District of Columbia Public School, on October 7, 2004, the Center promptly conducted a Speech and Language Evaluation on October 26, 2004. On April 19, 2005, a psychiatric examination was completed, and a Psychological Evaluation was conducted in early June, 2005 (a report for which was created on July 20, 2005). R. p. 3.

Moreover, further evaluations have not been possible because the student cannot be located. R. p. 4. On June 22, 2005, D.C. withdrew from CMHHS. Exhibit A. Afterwards, he never registered at Turner Elementary School (his home school) as an

---

[1] Blackman v. District of Columbia, Civ. No. 97-1629 (D.D.C.),--an action within which a specific procedure has been established to manage claims that DCPS failed to comply with an administrative IDEIA decision. Blackman enabled, and continues to enable, class members *and future class members* to file motions for preliminary injunction where Plaintiff is seeking to enforce DCPS to comply with an HOD, after attempts to utilize the administrative procedures failed.

3

attending or non-attending student.[2] R. p. 72, lines 15-16.  Currently, D.C. is not enrolled in any DCPS school.[3]  It is significant that counsel for Plaintiff at hearing (unaccompanied by the student/parent) himself did not know where the student was attending school.  While the HOD states that "[c]ounsel for the parent asserts the student is attending [Turner Elementary School]," in fact at the hearing, counsel scrupulously avoided any specific answer on that subject —"I'm not asserting anything." R. p. 88 line 19.  Thus, the only evidence of record on the subject was that by Turner's principal, confirming the student was not there. R p. 8.

## **CONCLUSION**

Plaintiff has failed to introduce any evidence that the hearing officer's findings were erroneous. Further, Plaintiff did not demonstrate any denial of Plaintiff's due process rights as a result of the hearing officer's failure to make a specific finding.  Thus, since the hearing officer's decision was based on the record, which has not been challenged, the hearing officer's decision should be affirmed.

                                                  Respectfully submitted,

                                                  LINDA SINGER
                                                  Acting Attorney General
                                                  for the District of Columbia

                                                  GEORGE C. VALENTINE
                                                  Deputy Attorney General

---

[2] As explained to the undersigned counsel by DCPS office of general counsel, normally, DCPS students enroll at their respective home schools. If DCPS transfers them to another DCPS public school, the student would enroll in that school and not their home school.  If a special education student enrolls in a private school and DCPS is the LEA, then, the student enrolls at the Care Center, as a non-attending student. Exhibit A

[3] The documents attached as Exhibit A are titled **Stars** and **Encore**, and they are printouts from the respective DCPS databases that indicate a student's enrollment within DCPS.  **Stars** eports the data for regular education students, and **Encore** reports the data for special education students. The **Encore** document attached (Exhibit A) shows that D.C. withdrew from DCPS on June 22, 2005, and has not enrolled in DCPS as an attending or non-attending student since he withdrew.  His name does not appear in any other database at any other time.

                                        Civil Litigation Division

                                        ***/s/ Edward P. Taptich***
                                        EDWARD P. TAPTICH [#012914]
                                        Chief, Equity Section II

                                        ***/s/ Amy Caspari***
                                        Amy Caspari [#488968]
                                        Assistant Attorney General
                                        441 Fourth Street, N.W.
                                        Sixth Floor South
                                        Washington, D.C. 20001
June 20, 2007                          (202) 724-7794

# ENCORE!

HOME | SEARCH ENCORE | REPORTS | ADMINISTRATION | HELP | LOGOUT

User: HARRIS-LINDSEY, QUINNE   School: DCPS/All

Go To Student ID:

Transfers / Attending School / History
Student: **Chandler, Delonte**   ID: **9203375**   Grade: **Pre-Kindergarten, Age 2**

- [+] Profile
- [−] Transfers
  - [−] Attending School
  - [−] Managing School
  - [−] Folder School
  - [−] Zone School
- [+] Special Ed
  - [−] Intervention
  - [−] 504

## ATTENDING SCHOOL

ADD

| Category | Reason | School From | School To | Effective Date ▼ |
|---|---|---|---|---|
| Withdrawn | Unknown Withdrawal Status | Head Start | | 6/22/2005 |
| Withdrawn | | Head Start | | 6/22/2005 |
| Enrolled | | Head Start | | 10/7/2004 |

Records 1 - 3 of 3

△ Top

© Copyright 2003-2006. 4GL School Solutions, Inc. All Rights Reserved. - ver. Encore 6.5.9.9

# ENCORE!™

HOME | SEARCH ENCORE | REPORTS | ADMINISTRATION | HELP | LOGOUT

User: HARRIS-LINDSEY, QUINNE    School: DCPS/All

Go To Student ID: [ ] Go

Profile / Core Data
Student: **Chandler, Delonte**   ID: **9203375**   Grade: **Pre-Kindergarten, Age 2**

**Profile**
- [ ] Core Data
- [ ] Phone
- [ ] Address
- [ ] Surrogate
- [ ] Student Code
- [ ] Student Property
- [ ] Contacts
- [ ] Placement Log
- [ ] Log of Access

**Transfers**

**Special Ed**
- [ ] Intervention
- [ ] 504

### NAME
First Name: Delonte          Middle Name:
Last Name: Chandler          Suffix:

HISTORY | EDIT

### OTHER INFO
Grade: Pre-Kindergarten, Age 2
Gender: Male
Race: Black
GroupID:

### PROGRAMS
Special Ed: Referred
Intervention: Inactive
504: Inactive

### SCHOOL
Attending: Head Start         Zone:
IEP: Early Childhood          Folder: Early Childhood

### OTHER INFO WITH HISTORY
ID: 9203375                   History
DOB: 09/16/2001               History
SSN:                          History
StateID:                      History

△ Top

© Copyright 2003-2006. 4GL School Solutions, Inc. All Rights Reserved. - ver. Encore 6.5.9.9

ATT570R v4.0.18

**District of Columbia Public Schools**

**Attendance Summary**

25 AUG 2006 to 08 JUN 2007

Page: 1 of 1

Run Date: 08 Jun 2007 12:01 PM

Head Start

**Chandler, Delonte**
(202)563-1331
3062 Stanton Rd, Se
Washington, DC 20020
**Withdrawal Date: 22 Jun 2005**

Pupil No. **9203375**

Grade PS

Gender M

Birth Date 16 SEP 2001

Homeroom ******

Ethnicity Blk

| | Absences | | | | Lates |
|---|---|---|---|---|---|
| | Auth | Exc | Unexc | Total | |
| AM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Days | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Total Days Present /Membership Days
0.00 / 0.00

| School | Date | A/L | Reason A.M. | In/Out | Time | A/L | Reason P.M. | In/Out | Time |
|---|---|---|---|---|---|---|---|---|---|

**Admission/Withdraw Maintenance**

225 | Head Start    Homeroom: No Homeroom    WD 22-JUN-2005

| Pupil Number | Legal Last Name | Suffix | Legal First Name | Gender | Birth Date | Grade | Middle Name |
|---|---|---|---|---|---|---|---|
| 9203375 | Chandler | | Delonte | M | 09/16/2001 | PS | |

Admission Status:

**Admission/Withdraw History**

| Effective Date | A/W | A | W | Description | Admit Sch | Ministry/ State # | Prev Sch | District # | Next Sch | Hrm |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/2004 | A | 2 | | New - Non Public School exit | 225 | 225 | 225 | | | |
| 06/22/2005 | W | | 0 | Unknown | 225 | 225 | | | | |

Register    Attendance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kisha Hawkins,<br>on behalf of her minor child, D.C.,<br><br>Plaintiff,<br><br>v.<br><br>District of Columbia,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-00278 (JDB)<br>:<br>:<br>:<br>:<br>:<br>: |

### **DEFENDANTS' STATEMENT OF MATERIAL FACTS IN DISPUTE**

1. That DCPS, in their Response to Due Process Complaint Notice, refused to take action and did not offer any explanation. **Plaintiff's Statement of Material Facts ("PSMF") ¶16**

2. That DCPS never supplemented its Response or issued any other response to the due process complaint. **PSMF ¶17**

3. That DCPS would not conduct independent evaluations. **PSMF ¶19**

4. That DCPS chose not to perform any evaluations of D.C. after the resolution meeting. **PSMF ¶21**

5. That the November 7, 2006, HOD found DCPS unwilling to comply with the stipulation to contact Plaintiff's counsel to schedule a meeting as required. **PSMF ¶27**

                                                Respectfully submitted,

                                                LINDA SINGER

                                                  Attorney General
                                                  for the District of Columbia

                                                  GEORGE C. VALENTINE
                                                  Deputy Attorney General
                                                  Civil Litigation Division

                                                  ***/s/ Edward P. Taptich***
                                                  EDWARD P. TAPTICH [#012914]
                                                  Chief, Equity Section II

                                                  ***/s/ Amy Caspari***
                                                  Amy Caspari [#488968]
                                                  Assistant Attorney General
                                                  441 Fourth Street, N.W.
                                                  Sixth Floor South
                                                  Washington, D.C. 20001
June 20, 2007                               (202) 724-7794