IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KISHA HAWKINS,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>    Defendant. | )<br>)<br>)<br>)  Civil Action No. 07-00278<br>)  JDB<br>)<br>)<br>)<br>) |

**<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE AN EXHIBIT UNDER SEAL</u>**

Pursuant to Local Civil Rule 5.1(j) and 5.4(f), Plaintiff Kisha Hawkins hereby respectfully moves that the audio recording exhibit referenced in her Motion to Correct the Administrative Record be admitted under seal and submits the attached memorandum in support of her motion.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KISHA HAWKINS,<br>   Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>   Defendant. | )<br>)<br>)<br>)   Civil Action No. 07-00278<br>)   JDB<br>)<br>)<br>)<br>) |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN EXHIBIT UNDER SEAL

  Plaintiff Kisha Hawkins has filed her Motion to Correct the Administrative Record today, June 29, 2007. As an evidentiary exhibit to her Motion to Correct, she files the attached audio recording with the Court. For reasons outlined in her Motion to Correct, the introduction into evidence of the audio recording of the October 30, 2006 due process hearing is necessary to clarify transcription errors. Exhibit 1.

  As this recording contains unredacted information regarding the Plaintiff's minor child D.C., and as redaction of this information would be unduly burdensome, she respectfully moves that the exhibit be sealed pursuant to LCvR 5.4(f).

  Plaintiff's counsel initially attempted, but was unable, to file electronically a Motion to Seal, pursuant to LCvR 5.1(j)(1), but was instructed by the Court's Electronic Case Filing system help-line[1] instead to file this motion with the attached exhibit.

  Because removing the identifying information regarding the Plaintiff's minor child from the recording would be unnecessarily burdensome, and because the recording is necessary to the resolution of this issue, the audio recording serving as Plaintiff's

---
[1] (202) 354-3190

Exhibit 1, filed with the court today, June 29, 2007, should therefore be admitted under seal.

          Respectfully submitted,

          /s/_____
          Douglas Tyrka, #467500
          Tyrka & Associates, LLC
          1726 Connecticut Ave. NW, Suite 400
          Washington, DC  20009
          (ph) (202) 265-4260
          (f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KISHA HAWKINS,<br>  Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>  Defendant. | )<br>)<br>)<br>) Civil Action No. 07-0278<br>) JDB<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF AUDIO RECORDING**

An audio recording will be filed with the Clerk's Office for the United States District Court for the District of Columbia at 333 Constitution Avenue, N.W. Washington, D.C. 20001. This recording is Plaintiff's Exhibit 1 for her Memorandum in support of her Motion to File Exhibit Under Seal filed on June 29, 2007.

                Respectfully submitted,

                /s/
                Douglas Tyrka, #467500
                Tyrka & Associates, LLC
                1726 Connecticut Ave. NW, Suite 400
                Washington, DC  20009
                (ph) (202) 265-4260
                (f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KISHA HAWKINS,          ) | |
|                         ) | |
| Plaintiff,              ) | |
|                         ) | Civil Action No. 07-278 |
| v.                      ) | JDB |
|                         ) | |
| DISTRICT OF COLUMBIA,   ) | |
|                         ) | |
| Defendant.              ) | |

## ORDER

In consideration of the Plaintiff's Motion to File Exhibit Under Seal and any Opposition thereto, it is, this _____ day of July, 2007,

ORDERED, that the Plaintiff's Motion is granted, and further

ORDERED, that the audio recording attached as Exhibit 1 to the Plaintiff's Motion shall be filed with the Court under seal.

_____
John D. Bates
United States District Judge

1