IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KISHA HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-278 |
| v. ) | JDB |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## ERRATA

In filing her Motion for Leave to File Exhibit Under Seal, the Plaintiff inadvertently filed a copy of the proposed order as the motion and memorandum. The correct motion and memorandum document is attached hereto.

        Respectfully submitted,

        /s/
        Douglas Tyrka, #467500
        Tyrka & Associates, LLC
        1726 Connecticut Ave. NW, Suite 400
        Washington, DC  20009
        (ph) (202) 265-4260
        (f) (202) 265-4264

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **KISHA HAWKINS,** ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 07-00278** |
| v. ) | **JDB** |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN EXHIBIT UNDER SEAL**

Pursuant to Local Civil Rule 5.1(j) and 5.4(f), Plaintiff Kisha Hawkins hereby respectfully moves that the audio recording exhibit referenced in her Motion to Correct the Administrative Record be admitted under seal and submits the attached memorandum in support of her motion.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KISHA HAWKINS,     )<br>      Plaintiff,     )<br>                    )<br>v.                  )<br>                    )<br>DISTRICT OF COLUMBIA, )<br>      Defendant.   )<br>                    ) | Civil Action No. 07-00278 JDB |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN EXHIBIT UNDER SEAL

Plaintiff Kisha Hawkins has filed her Motion to Correct the Administrative Record today, June 29, 2007. As an evidentiary exhibit to her Motion to Correct, she files the attached audio recording with the Court. For reasons outlined in her Motion to Correct, the introduction into evidence of the audio recording of the October 30, 2006 due process hearing is necessary to clarify transcription errors. Exhibit 1.

As this recording contains unredacted information regarding the Plaintiff's minor child D.C., and as redaction of this information would be unduly burdensome, she respectfully moves that the exhibit be sealed pursuant to LCvR 5.4(f).

Plaintiff's counsel initially attempted, but was unable, to file electronically a Motion to Seal, pursuant to LCvR 5.1(j)(1), but was instructed by the Court's Electronic Case Filing system help-line[1] instead to file this motion with the attached exhibit.

Because removing the identifying information regarding the Plaintiff's minor child from the recording would be unnecessarily burdensome, and because the recording is necessary to the resolution of this issue, the audio recording serving as Plaintiff's

---

[1] (202) 354-3190

Exhibit 1, filed with the court today, June 29, 2007, should therefore be admitted under seal.

                                             Respectfully submitted,

                                             /s/ _____
                                             Douglas Tyrka, #467500
                                             Tyrka & Associates, LLC
                                             1726 Connecticut Ave. NW, Suite 400
                                             Washington, DC  20009
                                             (ph) (202) 265-4260
                                             (f) (202) 265-4264