IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KISHA HAWKINS,              )<br>                             )<br>    Plaintiff,             )<br>                             )<br>v.                           )<br>                             )<br>DISTRICT OF COLUMBIA         )<br>                             )<br>    Defendant.            )<br>                             ) | Civil Action No. 07-278<br>JDB |

**PLAINTIFF'S EMERGENCY CONSENT MOTION FOR CONTINUANCE**

Plaintiff Kisha Hawkins hereby respectfully moves for a three-day continuance of the Court's current filing deadline.  Plaintiff requests that the Court extend the current deadline for filing Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment from today, July 6, 2007, until Monday, July 9, 2007.  Defendant consents to this Motion.

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KISHA HAWKINS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-278 |
| v. ) | JDB |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S EMERGENCY CONSENT MOTION FOR CONTINUANCE

Plaintiff, Kisha Hawkins, through undersigned counsel, hereby moves for a three-day extension of the current filing deadline from today, July 6, 2007, to Monday, July 9, 2007.

Pursuant to the Court's Scheduling Order, Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment are due today, July 6, 2007. Due to a family medical emergency requiring a hospital visit, Plaintiff's counsel is unable to meet the filing deadline, and therefore requests a continuance.

Defendant will suffer no prejudice as a result of this extension and consents to this Motion.

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KISHA HAWKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-278 JDB |
| DISTRICT OF COLUMBIA | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Plaintiff's Emergency Consent Motion for Continuance, it is hereby

**ORDERED** that the Emergency Consent Motion is Granted; it is further

**ORDERED** that Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment are due on Monday, July 9, 2007.

John D. Bates
United States District Judge