**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                         :
**HAWKINS,**                             :
                                         :
        **PLAINTIFF,**                   :
                                         :        **Civ. Action No. 07-278 (JDB)**
        **v.**                           :
                                         :
**DISTRICT OF COLUMBIA,**                :
                                         :
        **DEFENDANT.**                   :
_____


**<u>NOTICE OF APPEARANCE</u>**


        Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as

lead attorney for Defendant District of Columbia.



                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the
                          District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        _/s/ Edward P. Taptich_____
                        EDWARD P. TAPTICH (012914)
                        Section Chief
                        Equity Section Two

                        _/s/ Veronica A. Porter_____
                        VERONICA A. PORTER (412273)
                        Assistant Attorney General
                        Civil Litigation Division
                        Equity Section Two

1

441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**February 11, 2008**