UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KISHA HAWKINS,
on behalf of her minor child, D.C.,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 07-0278 (JDB)

**ORDER**

Upon consideration of [10] plaintiff's motion for summary judgment, [11] defendant's cross-motion for summary judgment, the parties' memoranda, the administrative record, the applicable law, and the entire record, and for the reasons set forth in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [10] plaintiff's motion for summary judgment is **GRANTED**; it is further

**ORDERED** that [11] defendant's cross-motion for summary judgment is **DENIED**; and it is further

**ORDERED** that defendant shall consult with plaintiff's counsel to schedule a multi-disciplinary team meeting for D.C. within thirty days to determine his eligibility for special education services.

                                        /s/ John D. Bates
                                        JOHN D. BATES
Dated: March 7, 2008          United States District Judge