THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KISHA HAWKINS,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-278<br>)  JDB<br>)<br>)<br>)<br>)<br>) |

**FILED**
APR 0 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT JUDGMENT

Upon consideration of the parties' joint motion for consent judgment of reasonable attorneys' fees and costs, it is hereby

ORDERED that the Plaintiff is awarded $4,350.00 as payment for reasonable attorney fees and costs incurred in the underlying administrative action as well as the above-captioned proceeding in this Court; and it is further

ORDERED that the Defendant shall make payment in this amount to Plaintiff's counsel within 60 days.

Dated: April 2, 2008

_____
John D. Bates
United States District Judge